1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
8                                        AT SEATTLE

9

10   AMAZON.COM, INC., a Delaware                    No.
     corporation; AMAZON.COM SERVICES LLC,
11   a Delaware limited liability company; CRYE      **COMPLAINT FOR DAMAGES**
     PRECISION LLC, a New York limited liability     **AND EQUITABLE RELIEF**
12   company,

13                        Plaintiffs,

14            v.

15   ARMYCAMO USA, INC., a California
     corporation; L&Q ARMY, INC., a California
16   corporation; L&Q TACTICAL USA, INC., a
     Texas corporation; PALADINS PRODUCTS,
17   INC., a California corporation; PANTHERA
     PRODUCTS, INC., a California corporation;
18   X&X OUTDOOR PRODUCT, LLC, a Texas
     limited liability company; QINGYUN QIU, an
19   individual; PENGGUI HUANG, an individual;
     MICHAEL ZHANG, an individual; QILING
20   QIN, an individual; XIXI ZENG, an individual;
     CHENWUQIANG CHEN, an individual; and
21   DOES 1-10,

22                        Defendants.

23

24                        **I.      INTRODUCTION**

25          1.      This case involves Defendants' unlawful and expressly prohibited sale of

26   counterfeit Crye Precision LLC ("Crye") MultiCam®-branded packs, bags, and backpacks.

27   Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and Crye (together

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and Crye's customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

2.      Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2022 alone, Amazon invested over $1.2 billion and employed more than 15,000 people to protect its stores from fraud and abuse. Amazon stopped over 800,000 suspected bad-actor selling accounts before they published a single listing for sale.

3.      Crye is a design and manufacturing firm specializing in the production of high-quality military and police uniforms and equipment. Crye has had significant success since its formation more than twenty years ago and is the proud supplier of military equipment and uniforms to most of the United States Special Operations, to the Armed Forces of NATO Countries, and to the elite special units of many European and other countries around the globe. Crye also outfits members of many United States federal agencies, including the FBI, CIA, DEA, State Department, Marshals Service, and Federal Air Marshals Service. Crye's garments and equipment additionally protect the members of dozens of police and other law enforcement departments and organizations around the country (including, notably, the Seattle Police Department's SWAT Team and Riot Patrol Platoon, FBI's Seattle Field Office, DEA's Seattle Division and the Homeland Security Investigations' Seattle Field Office).

4.      MultiCam® is widely recognized as one of the most successful military camouflage patterns ever created, with MultiCam® (or one of its derivative variants) having

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

been adopted for use by all or portions of the armed forces of many countries, including, but not limited to the United States, Canada, the United Kingdom, the Netherlands, Poland, Belgium, Denmark, Australia, New Zealand, Peru, Chile, Israel and many others.

5.     In the United States, MultiCam® has been the camouflage of choice for U.S. Special Operations for nearly two decades, and, in 2010, MultiCam® was chosen as the standard issue camouflage for every U.S. soldier deployed to Afghanistan. Additionally, MultiCam® has become a global commercial success, with various well-known commercial clothing and consumer brands partnering with Crye to sell authorized and authentic MultiCam® products not intended for military use. For example, the MultiCam® camouflage pattern has been used on clothing, accessories, and other products of brands including Nike, Oakley, Supreme, Reebok, Billabong, North Face, Vans, CamelBak, Arc'Teryx, Under Armour, and many others.

6.     Crye's MultiCam® pattern is protected by copyright and was created by Crye's founders using over one-hundred hand-drawn shapes arranged in a pattern that is both aesthetically pleasing and effective in concealing the wearer.

7.     Crye owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Crye owns the following registered trademarks (the "MultiCam Trademarks").

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| MULTICAM | 4,737,503 (IC 9, 13, 24, 25) |
| MULTICAM | 4,443,275 (IC 16) |

True and correct copies of the registration certificates for the MultiCam Trademarks are attached as **Exhibit A**.

8.     Crye is the exclusive licensee of certain copyright registrations for original creative works including, but not limited to, the MultiCam® camouflage pattern and its derivatives. Each of those copyrights has been duly and properly registered with the United States Copyright Office. Relevant to this Complaint, Crye is the exclusive licensee of the following registered copyright (the "MultiCam Copyright").

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

| **Copyright Title** | **Copyright No.** |
|---|---|
| Camouflage Pattern | VA 1-942-951 |

True and correct copies of the copyright registration for the MultiCam Copyright is attached as **Exhibit B**. The below photo reflects the MultiCam Copyright artistic work registered under Copyright Number VA 1-942-951, as depicted in the deposit provided to the U.S. Copyright Office:



9.     Defendants registered with Amazon to sell in the Amazon Store. Prior to September 2023, Defendants advertised, marketed, offered, distributed, and sold counterfeit MultiCam-branded products in the Amazon Store, using the MultiCam Trademarks and MultiCam Copyright, without authorization, in order to deceive customers about the authenticity and origin of the products and creating a false affiliation with Crye.

10.     As a result of their illegal actions, Defendants have infringed and misused Crye's IP; breached their contracts with Amazon; willfully deceived and harmed Amazon, Crye, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Crye. Defendants' illegal actions have caused Amazon and Crye to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Crye, and their customers.

11.     Defendants' counterfeit MultiCam-branded products do not meet the technical specifications of military grade camouflage that Crye's products are required to fulfill. For

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

example, Defendants' counterfeit MultiCam-branded products were not treated to suppress near infrared ("IR") emissions, such that the products "glow" when viewed with night vision goggles. As a result, Defendants' counterfeit MultiCam-branded products are of substandard quality and functionality compared to Crye's genuine MultiCam® products.

12. Relying on information from Amazon and Crye, federal agents from Homeland Security Investigations, the Government Accounting Office, and the Defense Criminal Investigative Services previously executed search warrants in August 2023 at two warehouses Defendants used in connection with their scheme to sell counterfeit Multicam-branded products, which resulted in the government's seizure of multiple tractor trailer loads of counterfeit products from Defendants, with an estimated MSRP of $8 Million USD.

## II.    PARTIES

13. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington.

14. Crye is a New York limited liability company with its principal place of business in Brooklyn, New York.

15. Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants are the individuals and entities who operated, controlled, and/or were responsible for the selling accounts detailed in **Schedule 1** attached hereto ("Defendants' Selling Accounts" or "Selling Accounts"). Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

16. On information and belief, Armycamo USA, Inc. ("Defendant Armycamo") is a California corporation owned, operated, managed, and/or controlled by Defendants Qingyun Qiu, Penggui Huang, and Michael Zhang. On information and belief, Defendant Armycamo had the right and ability to supervise, direct, and control the wrongful conduct alleged in this

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Complaint related to the Army Collection Selling Account, and derived a direct financial benefit from that wrongful conduct.

17.    On information and belief, L&Q Army, Inc. ("Defendant L&Q Army") is a California corporation owned, operated, managed, and/or controlled by Defendants Qingyun Qiu, Penggui Huang, and Michael Zhang. On information and belief, Defendant L&Q Army had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the Tactical Supplier Selling Account, and derived a direct financial benefit from that wrongful conduct.

18.    On information and belief, L&Q Tactical USA, Inc. ("Defendant L&Q Tactical") is a Texas corporation owned, operated, managed, and/or controlled by Defendant Qingyun Qiu. On information and belief, Defendant L&Q Tactical had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the WolfWarriorXDirect Selling Account, and derived a direct financial benefit from that wrongful conduct.

19.    On information and belief, Paladins Products, Inc. ("Defendant Paladins Products") is a California corporation owned, operated, managed, and/or controlled by Defendants Qingyun Qiu and Penggui Huang. On information and belief, Defendant Paladins Products had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the Paladins Products Selling Account, and derived a direct financial benefit from that wrongful conduct.

20.    On information and belief, Panthera Products, Inc. ("Defendant Panthera Products") is a California corporation owned, operated, managed, and/or controlled by Defendant Qingyun Qiu. On information and belief, Defendant Panthera Products had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the PANS Selling Account, and derived a direct financial benefit from that wrongful conduct.

21.    On information and belief, X&X Outdoor Product, LLC ("Defendant X&X") is a Texas limited liability company owned, operated, managed, and/or controlled by Defendant Xixi

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Zeng. On information and belief, Defendant X&X had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to the X&X Outdoor Product, LLC Selling Account, and derived a direct financial benefit from that wrongful conduct.

22.     On information and belief, Defendant Qingyun Qiu ("Defendant Qiu") is an individual who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the Army Collection, Tactical Supplier, WolfWarriorXDirect, Paladins Products, and PANS Selling Accounts, and derived a direct financial benefit from that wrongful conduct. In addition, Defendant Qiu personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to Defendants Armycamo, L&Q Army, L&Q Tactical, Paladins Products, and Panthera Products, and derived a direct financial benefit from that wrongful conduct.

23.     On information and belief, Defendant Penggui Huang ("Defendant Huang") who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the Army Collection, Tactical Supplier, and Paladins Products Selling Accounts, and derived a direct financial benefit from that wrongful conduct. In addition, Defendant Huang personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to Defendants Armycamo, L&Q Army, and Paladins Products, and derived a direct financial benefit from that wrongful conduct.

24.     On information and belief, Defendant Michael Zhang ("Defendant Zhang") who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the Army Collection, and Tactical Supplier Selling Accounts, and derived a direct financial benefit from that wrongful conduct. In addition, Defendant Zhang personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to Defendants Armycamo and L&Q Army, and derived a direct financial benefit from that wrongful conduct.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

25.     On information and belief, Defendant Qiling Qin ("Defendant Qin") who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the Warriors Product Selling Account, and derived a direct financial benefit from that wrongful conduct.

26.     On information and belief, Defendant Xixi Zeng ("Defendant Zeng") who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the X&X Outdoor Product, LLC Selling Account, and derived a direct financial benefit from that wrongful conduct. In addition, Defendant Zeng personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint related to Defendant X&X, and derived a direct financial benefit from that wrongful conduct.

27.     On information and belief, Defendant Chenwuqiang Chen ("Defendant Chen") who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct related to the XWL Sports Selling Account, and derived a direct financial benefit from that wrongful conduct.

28.     On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell counterfeit Crye products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

### III.     JURISDICTION AND VENUE

29.     The Court has subject matter jurisdiction over Crye's Lanham Act claims for trademark counterfeiting and trademark infringement, and false advertising, and copyright infringement, and Amazon's and Crye's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's breach of contract claim and Amazon's and Crye's claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

30.     The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Crye's claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the MultiCam Trademarks and MultiCam Copyright and which otherwise infringed Crye's IP. Additionally, each of the Defendants in Schedule 1 shipped products bearing counterfeit versions of the MultiCam Trademarks and MultiCam Copyright to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and Crye substantial injury in Washington.

31.     Further, named Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

32.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

33.     Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.     FACTS

### A.     Amazon's Efforts to Prevent the Sale of Counterfeit Goods

34.     Amazon works hard to build and protect the reputation of its stores as a place where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

35.     A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

36.     Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls.

37.     In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for and report potentially infringing products using state-of-the-art image search technology. In 2022, through continued improvements in Amazon's automated protections, brands found fewer

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

infringing products in Amazon's stores, with the number of valid notices of infringement submitted by brands in Brand Registry decreasing by more than 35% from 2021.

38.     In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. In 2022, over 33,000 brands were using Transparency, an increase of 40% from 2021, enabling the protection of more than 900 million product units across the supply chain.

39.     In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. In 2022, there were more than 22,000 brands enrolled in Project Zero. For every listing removed by a brand, Amazon's automated protections removed more than 1,000 listings through scaled technology and machine learning, stopping those listings from appearing in Amazon's stores.

40.     Amazon continues to innovate to stay ahead of bad actors, and requires new and existing selling partners to verify their identity and documentation. Amazon investigators review the seller-provided identity documents to determine whether those documents are both valid and legitimate, such as confirming that the seller has provided a fully legible copy of the document, verifying that the document matches the information the seller provided to Amazon with respect to their identity, and analyzing whether the document shows any signs of alteration, tampering, or fabrication. These measures have made it more difficult for bad actors to hide. Amazon's seller verification, coupled with continued advancements in Amazon's machine learning-based detection, are deterring bad actors from even attempting to create new Amazon selling accounts. The number of bad actor attempts to create new selling accounts decreased from 6 million attempts in 2020, to 2.5 million attempts in 2021, to 800,000 attempts in 2022.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

41.     Once a seller begins selling in Amazon's stores, Amazon continues to monitor the selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling account, withholds funds disbursement, and investigates whether other accounts are involved in unlawful activities.

42.     In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products.

**B.      Crye and Its Anti-Counterfeiting Efforts**

43.     Crye goes to great lengths to protect consumers from counterfeits of its products, and is committed to leading efforts to combat counterfeit products. Crye utilizes both internal and external resources to combat counterfeit and infringing products. Crye has spent, and will continue to spend, millions of dollars to defend the MultiCam® brand of camouflage patterns against bad actors, both domestically in the United States, and abroad. Crye is presently engaged in litigation in the Eastern District of New York (where it is seeking injunctive relief and damages based on counterfeiting, trademark infringement and copyright infringement), as well as in the Netherlands, where it is seeking a Europe-wide injunction against four different defendants who are violating Crye's IP rights. Moreover, each year Crye's in-house and outside legal counsel regularly send cease and desist notices to dozens of different companies violating Crye's IP rights. Finally, Crye's principals regularly meet with foreign government officials to discuss the importance of permitting only authentic MultiCam® to be used by their armed forces.

44.     Crye's MultiCam Trademark is currently enrolled in the Brand Registry program. Crye actively used the tools and protections provided by these programs in response to the counterfeiting activity described in this Complaint.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

**C.      Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, and Agreed to Provide Accurate Information to Amazon**

45.      Prior to September 2023, Defendants established, controlled, and operated the eight Selling Accounts detailed in Schedule 1, through which they sought to advertise, market, offer, distribute, and sell counterfeit Crye products. In connection with these Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, a tax identification number, bank information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account.

46.      To become a third-party seller in the Amazon Store, sellers are required to agree to the BSA, which governs the applicant's access to and use of Amazon's services and states Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. True and correct copy of the applicable versions of the BSA, namely, the versions Defendants last agreed to when using Amazon's services, are attached as **Exhibit C**.

47.      Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies, reserving the right to withhold payments and terminate the selling account of any bad actor who engages in such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

48.      Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit D**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

  •    The sale of counterfeit products is strictly prohibited.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 13

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

49.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store together with the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o   Bootlegs, fakes, or pirated copies of products or content

  o   Products that have been illegally replicated, reproduced, or manufactured

  o   Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

  o   Remove suspect listings.

  o   Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14

products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

50.     Additionally, under the terms of the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application process, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B. ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

51.     When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained as such.

### D.     Defendants' Sale of Counterfeit Crye Products

52.     On information and belief, Defendants advertised, marketed, offered, distributed, and sold Multicam-branded products in the Amazon Store. The counterfeit MultiCam-branded products sold by Defendants are identified and described in Schedule 1.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 15

53.     Crye has reviewed physical samples and images of a sample of MultiCam-branded products sold by Defendants' Selling Accounts and determined that the products are counterfeit, that the products were sold using counterfeit MultiCam Trademarks, and that Crye has never authorized the sale of such products, as detailed in Schedule 1. For Defendants where physical samples and/or images of their products were not available, the evidence detailed in Schedule 1 demonstrates that they sold counterfeit Crye products in the Amazon Store as part of the same ring of Defendants for whom Crye has confirmed counterfeit sales.

54.     Crye has also reviewed physical samples of products displaying the MultiCam Copyright that were sold by certain of the Defendants' Selling Accounts and determined that the products bear replications of the MultiCam Copyright, as detailed in Schedule 1. Crye never authorized the sale of such products or the use of the MultiCam Copyright on such products.

55.     In addition, each of the Defendants used as removal addresses[1] for their MultiCam-branded products warehouses in Texas and California. In August 2023, federal agents from Homeland Security Investigations, the Government Accounting Office, and the Defense Criminal Investigative Service executed raids at these warehouses and seized multiple tractor trailer loads of counterfeit products from Defendants. Specifically, Crye has determined that all of the products seized by the federal government were non-genuine, counterfeit MultiCam-branded products.

**E.      Defendants' Coordinated Sale of Counterfeit Crye Products**

56.     On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of inauthentic MultiCam-branded products. Defendants are associated through corporations with overlapping personnel listed in public corporate records, removal addresses, phone numbers, credit cards and other financial accounts, and internet protocol addresses.

---

[1] A "removal address" is the physical address designated by the seller where products are sent that are returned by customers or removed from Amazon's fulfillment centers. The seller must specify which items it wants returned while also providing a name, address, and telephone number.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 16

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

**F.      Amazon Shut Down Defendants' Selling Accounts**

57.      By selling counterfeit and infringing MultiCam-branded products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made and/or licensed by Crye. Defendants also knowingly and willfully used Crye's IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing MultiCam-branded products.

58.      At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic MultiCam-branded products. Defendants have breached the terms of their agreements with Amazon, deceived Amazon's customers and Amazon, infringed and misused the IP rights of Crye, harmed the integrity of and customer trust in the Amazon Store, and tarnished Amazon's and Crye's brands.

59.      After Amazon verified Defendants' sale of counterfeit MultiCam-branded products, it blocked Defendants' Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Crye.

60.      Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued full refunds to customers who purchased purported MultiCam-branded products from Defendants. Defendants have not reimbursed Amazon.

## V.      CLAIMS

### FIRST CLAIM
*(by Crye against all Defendants)*
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

61.      Plaintiff Crye incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

62.      Defendants' activities constitute counterfeiting and infringement of the MultiCam Trademarks as described in the paragraphs above.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

63.     Crye owns the MultiCam Trademarks and advertises, markets, offers, distributes, and sells its products using the MultiCam Trademarks described above and uses those trademarks to distinguish its products from the products and related items of others in the same or related fields.

64.     Because of Crye's long, continuous, and exclusive use of the MultiCam Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers and the public to signify, products from Crye.

65.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the MultiCam Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Crye and likely caused such erroneous customer beliefs.

66.     As a result of Defendants' wrongful conduct, Crye is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Crye is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

67.     Crye is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Crye has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the MultiCam Trademarks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Crye and Crye reputation and goodwill such that Crye could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Crye, due to Defendants' wrongful conduct is likely to be continuing.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**SECOND CLAIM**
*(by Crye against all Defendants)*
**False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

68.     Plaintiff Crye incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

69.     Crye owns the MultiCam Trademarks and advertises, markets, offers, distributes, and sells its products using those trademarks described above and uses the trademarks to distinguish its products from the products and related items of others in the same or related fields.

70.     Because of Crye's long, continuous, and exclusive use of the MultiCam Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers, users, and the public, to signify products from Crye.

71.     Defendants' wrongful conduct includes the infringement of the MultiCam Trademarks in connection with Defendants' commercial advertising, marketing, offering, distributing, and selling of counterfeit MultiCam-branded products in interstate commerce.

72.     In advertising, marketing, offering, distributing, and selling products bearing counterfeit versions of the MultiCam Trademarks, Defendants have used, and on information and belief continue to use, the trademarks referenced above to compete unfairly with Crye and to deceive customers. Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the MultiCam Trademarks and wrongfully trades upon Crye's goodwill and business reputation.

73.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Crye, all in violation of 15 U.S.C. § 1125(a)(1)(A).

74.     Defendants' conduct also constitutes willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

75.     Crye is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below. Defendants' acts have caused irreparable injury to Crye. On information and belief, that injury is continuing. An award of monetary damages cannot fully compensate Crye for its injuries, and Crye lacks an adequate remedy at law.

76.     Crye is further entitled to recover Defendants' profits, Crye's damages for its losses, and Crye's costs to investigate and remediate Defendants' conduct and bring this action, including its attorneys' fees, in an amount to be determined. Crye is also entitled to the trebling of any damages award as allowed by law.

### THIRD CLAIM
*(by Crye against all Defendants)*
**Copyright Infringement – 17 U.S.C. § 501**

77.     Plaintiff Crye incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

78.     Crye is the exclusive licensee of the MultiCam Copyright, which is owned by its affiliate.

79.     Defendants have infringed the MultiCam Copyright by reproducing, distributing copies of, publicly displaying, and/or creating derivative works of the copyrighted materials protected by the MultiCam Copyright without Crye's authorization.

80.     Defendants' conduct has been deliberate and willful within the meaning of 17 U.S.C. § 504.

81.     Defendants have committed, and continue to commit, acts constituting infringement of the MultiCam Copyright.

82.     Defendants derive a financial benefit directly attributable to the infringement of the MultiCam Copyright.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

83.     As a result of Defendants' wrongful conduct, Crye is entitled to recover its actual damages and Defendants' profits attributable to the infringement. Alternatively, Crye is entitled to statutory damages under 17 U.S.C. § 504(c).

84.     The award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

85.     Crye is further entitled to its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

86.     In addition, Crye is entitled to injunctive relief, including an order impounding all infringing materials. Crye has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the MultiCam Copyright and the work it protects is a unique and valuable property that has no readily determinable market value; (b) Defendants' infringement harms Crye such that Crye could not be made whole by any monetary award; and (c) Defendants' wrongful conduct and the resulting harm to Crye is continuing.

## FOURTH CLAIM
### *(by Amazon against all Defendants)*
**False Designation of Origin 15 U.S.C. § 1125(a)**

87.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

88.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

89.     Specifically, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

90.     In advertising, marketing, offering, distributing, and selling counterfeit MultiCam-branded products in the Amazon Store, Defendants made false and misleading statements of fact about the origin, sponsorship, or approval of those products in violation of 15 U.S.C. § 1125(a)(1)(A).

91.     As described above, Defendants, through their illegal acts, have willfully deceived Amazon and its customers, jeopardized the trust that customers place in the Amazon Store, tarnished Amazon's brand and reputation, and harmed Amazon and its customers. Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

92.     Amazon is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with its attorneys' fees and costs in investigating and bringing this lawsuit.

93.     Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

**FIFTH CLAIM**
*(by Crye and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

94.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

95.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit MultiCam-branded products constitute an unfair method of competition and unfair

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 22

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

96.    Defendants' advertising, marketing, offering, distributing, and selling of counterfeit MultiCam-branded products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

97.    Defendants' advertising, marketing, offering, distributing, and selling of counterfeit MultiCam-branded products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

98.    Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Crye further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, regarding Defendants' activities involving the sale of counterfeit products.

## SIXTH CLAIM
### *(by Amazon.com Services LLC[2] against all Defendants)*
### Breach of Contract

99.    Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

100.    Defendants established Amazon selling accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

101.    Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

102.    Defendants' sale and distribution of counterfeit MultiCam-brand products

---

[2] For the Sixth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Crye.

103.     Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court enter an order permanently enjoining Defendants, their officers, agents, representatives, servants, employees, successors, assigns, and all others in active concert or participation with them, from:

> (i)      selling products in Amazon's stores;
>
> (ii)     selling products to Amazon or any affiliate;
>
> (iii)    opening or attempting to open any Amazon selling accounts;
>
> (iv)     importing, manufacturing, producing, distributing, circulating, offering to sell, selling, advertising, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of Crye's brand, trademarks or copyrights, or which otherwise infringes Crye's IP, on any platform or in any medium; and
>
> (v)      assisting, aiding, or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (i) through (iv) above;

B.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C.     That the Court enter an order pursuant to 15 U.S.C. § 1118 and/or 17 U.S.C. § 503, impounding and permitting destruction of all counterfeit and infringing products bearing the MultiCam Trademarks and/or MultiCam Copyright or that otherwise infringe Crye's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

D.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

E.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Crye has sustained, or will sustain as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, 17 U.S.C. § 504(c), RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

F.      That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

G.      That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, 17 U.S.C. § 505, RCW 19.86.020, or otherwise allowed by law;

H.      That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

I.      That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

DATED this 22nd day of March, 2024.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

2

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

3

*s/ Scott R. Commerson*

4

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400

5

Los Angeles, CA 90017-2566
Tel: (213) 633-6800

6

Fax: (213) 633-6899
Email: scottcommerson@dwt.com

7

*s/ Lauren Rainwater*

8

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300

9

Seattle, WA 98104-1604
Tel: (206) 622-3150

10

Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 26

# SCHEDULE 1

## SELLING ACCOUNT 1:

Selling Account Name: Army Collection

| Purported Product | Confirmation of Counterfeit |
|---|---|
| MultiCam-branded bags, backpacks, and packs<br><br>ASIN[1]: B0184QXP6M; B01E0CPNIC; B07579RFB2; B07R3FL18C; B09DTPS8N9 | • In September and November 2023, Amazon provided Crye with images of five samples of the products sold by the bad actor.<br><br>• Crye examined the images of the products and confirmed that each bore an unauthorized copy of the MultiCam Copyright, and that they are counterfeit based on deviations from Crye's authentic product. |
| 30 L Sport Outdoor Military Rucksacks Tactical Camping Hiking Trekking Small Assault Backpack Bag 08009B Multicam<br><br>ASIN: B0184QXP6M | • In November 2023, Amazon sent to Crye a sample of the product sold by the bad actor.<br><br>• Crye inspected the product and confirmed that it bore an unauthorized copy of the MultiCam Copyright, and that it is counterfeit based on deviations from Crye's authentic product. |

## SELLING ACCOUNT 2:

Selling Account Name: PANS

| Purported Product | Confirmation of Counterfeit |
|---|---|
| MultiCam-branded bags, backpacks, and packs<br><br>ASIN: B07C3LYSTH; B098NPKDBJ; B098WV4SWC; B098X38FQB | • In September and October 2023, Amazon provided Crye with images of four samples of the products sold by the bad actor.<br><br>• Crye examined the images of the products and confirmed that each bore an unauthorized copy of the MultiCam Copyright, and that they are counterfeit based on deviations from Crye's authentic product. |

---

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

| ARMY PANS Backpack for Men Large Military Backpack Tactical Waterproof Backpack for Work, Camping, Hunting, Hiking(Multicam)<br><br>ASIN: B07C3LYSTH | • In November 2023, Amazon sent to Crye a sample of the product sold by the bad actor.<br>• Crye inspected the product and confirmed that it bore an unauthorized copy of the MultiCam Copyright and that it is counterfeit based on deviations from Crye's authentic product. |
| --- | --- |

## SELLING ACCOUNT 3:

Selling Account Name: Warriors Product

| Purported Product | Confirmation of Counterfeit |
| --- | --- |
| PANS Military Waterproof Duffel Bag Tactical Outdoor Gym Bag Army Carry On Bag with Shoes Compartment, Molle System, Shoulder Bag & Handbag for Sports Travel Camping Hunting (Black-multicam)<br><br>ASIN: B07BF5W39Q | • On or about June 29, 2023, Plaintiffs' investigator conducted a test purchase of the listed product sold by the bad actor.<br>• Crye inspected the test-purchased product and confirmed that it bore an unauthorized copy of the MultiCam Copyright, and that it is counterfeit based on deviations from Crye's authentic product. |
| MultiCam-branded bags, backpacks, and packs<br>ASIN: B07BDJZLSD; B07BDL71RX; B07BF5W39Q; B07C81M4SZ; B083BBLHZK; B083BMRDZ3; B0B1ZY13Y6; B0B1ZYMXRP | • In September and October 2023, Amazon provided Crye with images of nine samples of the products sold by the bad actor.<br>• Crye examined the images of the products and confirmed that each bore an unauthorized copy of the MultiCam Copyright, and that they are counterfeit based on deviations from Crye's authentic product. |
| PANS Military Waterproof Duffel Bag Tactical Outdoor Gym Bag Army Carry On Bag with Shoes Compartment, Molle System, Shoulder Bag & Handbag for Sports Travel Camping Hunting (BLACK-MULTICAM-B)<br><br>ASIN: B09DTPS8N9 | • In November 2023, Amazon sent to Crye a sample of the product sold by the bad actor.<br>• Crye inspected the product and confirmed that it bore an unauthorized copy of the MultiCam Copyright, and that it is counterfeit based on deviations from Crye's authentic product. |

**SELLING ACCOUNT 4:**

Selling Account Name: X&X OUTDOOR PRODUCT LLC

| Purported Product | Confirmation of Counterfeit |
|---|---|
| MultiCam-branded bags, backpacks, and packs<br>ASIN: B07ZRFKZXD; B08NPS7SM3; B08Q33JQ6G; B08Q37NB1Y; B08Q3FL6D6; B08Q3JCGDD; B08RN4M1YS; B08RNK8CDZ; B08W2CGHWR; B08W432Y4S; B092J68T5S; B092J69LF4; B0BJ9DRKZ4; B0BJ9GZ36C; B0BJ9GZ36C; | • In September, October, and November 2023, Amazon provided Crye with images of sixteen samples of the products sold by the bad actor.<br><br>• Crye examined the images of the products and confirmed that each bore an unauthorized copy of the MultiCam Copyright, and that they are counterfeit based on deviations from Crye's authentic product. |
| Double Long Rifle Bag Transportation Case Outdoor Tactical Cases Water Dust Resistant Long Rifle Case Bag, Bag for Hunting, Available Length in 38"(Black Multicam)<br>ASIN: B08Q3JCGDD | • In November 2023, Amazon sent to Crye a sample of the product sold by the bad actor.<br><br>• Crye inspected the product and confirmed that it bore an unauthorized copy of the MultiCam Copyright, and that it is counterfeit based on deviations from Crye's authentic product. |

**SELLING ACCOUNTS 5-8**

Physical inventory, inventory images, and/or test purchases were not available for the below-listed Selling Accounts, but the following evidence shows that they are connected to the above-listed Selling Accounts as part of the same counterfeiting ring. First, these Selling Accounts are linked to the above-listed Selling Accounts with confirmed counterfeit sales through: (1) the use of corporate entities with the same officers listed in public records, (2) the use of two identical physical addresses as removal addresses, (3) the use of identical internet protocol addresses, and/or phone numbers, and (4) the government's seizure of counterfeit MultiCam-brand products from warehouses that all of the Selling Accounts used in connection with their businesses. In addition to these commonalities, Amazon's records show that each of the below-listed Selling Accounts sold the same purported MultiCam-brand products at similar price points as those products sold by the above-listed Selling Accounts which have been confirmed to be counterfeit and violate Crye's MultiCam Copyright.

Selling Account Name: Paladins Products

Selling Account Name: Tactical Supplier

Selling Account Name: WolfWarriorXDirect

Selling Account Name: XWL SPORTS