# EXHIBIT A

## United States of America
### United States Patent and Trademark Office

# MULTICAM

**Reg. No. 4,737,503**
**Registered May 19, 2015**
**Int. Cls.: 9, 13, 24 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
BROOKLYN NAVY YARD
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: PROTECTIVE HELMETS; SUNGLASSES; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS; PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES OR SPORTS PURPOSES; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: BELTS, BAGS, POUCHES AND BELT SLEEVES ADAPTED FOR AMMUNITION , IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: FABRICS FOR TEXTILE USE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; FOOTWEAR; JACKETS; HEADWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,443,275.

SER. NO. 86-161,754, FILED 1-9-2014.

SIMON TENG, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MULTICAM

**Reg. No. 4,443,275**
**Registered Dec. 3, 2013**
**Int. Cl.: 16**

**TRADEMARK**
**PRINCIPAL REGISTER**

LINEWEIGHT LLC (NEW YORK LIMITED LIABILITY COMPANY)
BROOKLYN NAVY YARD
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: PRINTED CAMOUFLAGE PATTERNS FOR USE ON FABRICS AND HARD SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-902,531, FILED 4-12-2013.

MARILYN IZZI, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office