# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-942-951

**Effective Date of Registration:**
February 18, 2015

## Title
_____

**Title of Work:**   CAMOUFLAGE PATTERN

## Completion/Publication
_____

**Year of Completion:**   2005
**Date of 1st Publication:**   December 31, 2005
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Caleb Crye
  **Author Created:**   2-D artwork
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Year Born:**   1975

## Copyright Claimant
_____

**Copyright Claimant:**   Caleb Crye
Brooklyn Navy Yard, 63 Flushing Avenue, Unit 252, Brooklyn, NY, 11205, United States

## Rights and Permissions
_____

**Organization Name:**   Merchant & Gould PC
**Name:**   Gregory A Sebald
**Email:**   gsebald@merchantgould.com
**Telephone:**   (612)332-5300
**Alt. Telephone:**   (612)336-4728
**Address:**   80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402 United States

## Certification
_____

**Name:** Gregory A Sebald
**Date:** February 18, 2015
**Applicant's Tracking Number:** 17333.0053US02

---

**Correspondence:** Yes