1
2
3
4
5
6

7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  AMAZON.COM, INC., et al.,         CASE NO. C24-0394JLR

11           Plaintiffs,              ORDER

12      v.

13  ARMYCAMO USA, INC., et al.,

14           Defendants.

15      Before the court is Plaintiffs' response to the court's June 27, 2024 order directing

16  them to show cause why the court should not dismiss this case for failure to serve

17  Defendants before the 90-day deadline set by Federal Rule of Civil Procedure 4(m).

18  OSC Resp. (Dkt. # 9); OSC (Dkt. # 8).)  Plaintiffs explain that their investigation into

19  Defendants' use of eight Amazon.com selling accounts to sell counterfeit goods has led

20  them to believe that it is likely that all of the individual Defendants live in China.  (OSC

21  Resp. at 2.)  As result, Rule 4(m) does not set a deadline for completing service on these

22  foreign Defendants.  (*Id.* at 2 (citing Fed. R. Civ. P. 4(m)).)  Plaintiffs have initiated the

ORDER - 1


process of serving the individual Defendants in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention").  (*Id.*)

Plaintiffs further represent that they have been unable to locate and serve any of the entity Defendants in the United States at the physical addresses they provided while they were operating their Amazon.com selling accounts.  (*Id.*)  In addition, Plaintiffs' investigation revealed that the companies' officers and directors reside in China.  (*Id.*)  Plaintiffs are continuing to investigate the locations of these Defendants and anticipate filing a motion for alternative service in the future.  (*Id.* at 2-3.)  They ask the court for 90 days to provide a further status update regarding their efforts to serve Defendants and to move for alternative service on any Defendants they are unable to locate.  (*Id.* at 3.)

Based on Plaintiffs' response, the court finds good cause to DISCHARGE its order to show cause (Dkt. # 8).  Plaintiffs shall file a status report regarding their efforts to serve Defendants no later than 90 days after the filing date of this order.

Dated this 3rd day of July, 2024.

_____
JAMES L. ROBART
United States District Judge