The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; CRYE PRECISION LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ARMYCAMO USA, INC., a California corporation; L&Q ARMY, INC., a California corporation; L&Q TACTICAL USA, INC., a Texas corporation; PALADINS PRODUCTS, INC., a California corporation; PANTHERA PRODUCTS, INC., a California corporation; X&X OUTDOOR PRODUCT, LLC, a Texas limited liability company; QINGYUN QIU, an individual; PENGGUI HUANG, an individual; MICHAEL ZHANG, an individual; QILING QIN, an individual; XIXI ZENG, an individual; CHENWUQIANG CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00394-JLR<br><br>**CERTIFICATE OF SERVICE** |

I certify that on October 10, 2024, I caused to be served true and correct copies of the:

1. Complaint for Damages and Equitable Relief (Dkt. 1);

2. Civil Cover Sheet (Dkt. 1-5);

3. Exhibit A to Complaint for Damages and Equitable Relief (Dkt. 1-1);

CERTIFICATE OF SERVICE - 1
(2:24-cv-00394-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

4. Exhibit B to Complaint for Damages and Equitable Relief (Dkt. 1-2);

5. Exhibit C to Complaint for Damages and Equitable Relief (Dkt. 1-3);

6. Exhibit D to Complaint for Damages and Equitable Relief (Dkt. 1-4);

7. Summons for Michael Zhang (Dkt. 7-8);

8. Summons for Qiling Qin (Dkt. 7-9); and

9. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 18)

via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 18) to the following Defendants via the email addresses listed below:

- Defendant Qiling Qin via the email address: warriorsproduct@outlook.com; and
- Defendant Michael Zhang via the email addresses: zhangsnet21@gmail.com and lqarmyinc@gmail.com.

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

DATED this 14th day of October, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CERTIFICATE OF SERVICE - 2
(2:24-cv-00394-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax