The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; CRYE PRECISION LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ARMYCAMO USA, INC., a California corporation; L&Q ARMY, INC., a California corporation; L&Q TACTICAL USA, INC., a Texas corporation; PALADINS PRODUCTS, INC., a California corporation; PANTHERA PRODUCTS, INC., a California corporation; X&X OUTDOOR PRODUCT, LLC, a Texas limited liability company; QINGYUN QIU, an individual; PENGGUI HUANG, an individual; MICHAEL ZHANG, an individual; QILING QIN, an individual; XIXI ZENG, an individual; CHENWUQIANG CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00394-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS CHEN AND ZENG** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Crye Precision LLC (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:24-cv-00394-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 2,650 words.

SO ORDERED this 13th day of May, 2025.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:24-cv-00394-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax