UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ARMYCAMO USA, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C24-0394JLR<br><br>ORDER |

On January 8, 2025, the court (1) temporarily stayed this action in light of an ongoing criminal investigation of the Appearing Defendants[1] by Homeland Security Investigations ("HSI"), (2) entered Plaintiffs' and the Appearing Defendants' (together, the "Parties") stipulated preliminary injunction, and (3) ordered the Parties to file a joint status report within 180 days. (*See generally* 1/8/25 Order (Dkt. # 29).) The Parties filed

---

[1] The Appearing Defendants are Armycamo USA, Inc., L&Q Army, Inc., L&Q Tactical USA, Inc., Paladins Products, Inc., Panthera Products, Inc., X&X Outdoor Product, LLC, Qingyun Qiu, and Penggui Huang. (*See* 1/8/25 Order (Dkt. # 29) at 2.)

ORDER - 1

1  a timely joint status report on July 7, 2025.  (JSR (Dkt. # 38).)  They report that HSI's
2  investigation remains active and ongoing and ask the court to continue the temporary stay
3  of this action for an additional 90 days, until October 4, 2025.  (*Id.* at 2.)

4        The court GRANTS the Parties' request.  The court CONTINUES the temporary
5  stay of this action for an additional 90 days and ORDERS the Parties to file, by no later
6  than **October 4, 2025**, a further status update regarding whether this matter should
7  remain temporarily stayed on the basis of HSI's investigation.

8        Dated this 8th day of July, 2025.

                                                JAMES L. ROBART
                                                United States District Judge