UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>   Plaintiffs,<br>   v.<br><br>ARMYCAMO USA, INC., et al.,<br><br>   Defendants. | CASE NO. C24-0394JLR<br><br>ORDER |

On January 8, 2025, the court (1) temporarily stayed this action in light of an ongoing criminal investigation of the Appearing Defendants[1] by Homeland Security Investigations ("HSI"), (2) entered Plaintiffs' and the Appearing Defendants' stipulated preliminary injunction, and (3) ordered the parties to file a joint status report within 180 days. (*See generally* 1/8/25 Order (Dkt. # 29).) On July 8, 2025, the court extended the

---

[1] The Appearing Defendants are Armycamo USA, Inc., L&Q Army, Inc., L&Q Tactical USA, Inc., Paladins Products, Inc., Panthera Products, Inc., X&X Outdoor Product, LLC, Qingyun Qiu, and Penggui Huang. (*See* 1/8/25 Order (Dkt. # 29) at 3.)

ORDER - 1

1   stay by an additional 90 days and ordered the parties to file a further status report by no
2   later than October 4, 2025. (7/8/25 Order (Dkt. # 39).) The parties filed a timely joint
3   status report on October 3, 2025, in which they reported that HSI's investigation
4   remained active and ongoing and asked the court to continue the temporary stay until
5   January 2, 2026. (10/3/25 JSR (Dkt. # 40).) The court granted that request. (10/3/25
6   Order (Dkt. # 41).)

7         On January 2, 2026, the parties filed a joint status report in which they represent
8   that HSI's investigation remains ongoing and that no indictment or charges have yet been
9   brought against the Appearing Defendants or anyone else as a result of that investigation.
10  (1/2/26 JSR (Dkt. # 42) at 2.) Plaintiffs now state that they do not want to continue the
11  stay of their civil claims and ask the court to lift the stay. (*Id.* at 3.) The Appearing
12  Defendants, however, ask the court to continue the stay for an additional 30-60 days in
13  light of the ongoing criminal investigation and to allow the parties to continue settlement
14  discussions. (*Id.* at 3-4; *see id.* at 3 (stating that the Appearing Defendants are concerned
15  that they may be forced to waive their Fifth Amendment rights if the court lifts the stay
16  before HSI completes its investigation).)

17        The court GRANTS the Appearing Defendants' request and continues the
18  temporary stay of this action for an additional 60 days. The court ORDERS the parties to
19  file, by no later than **March 3, 2026**, a joint status report regarding (1) the status of HSI's
20  //
21  //
22  //

1 investigation, (2) the parties' settlement discussions, and (3) the parties' positions on
2 whether the court should lift the temporary stay.
3       Dated this 5th day of January, 2026.

                                    _____
                                    JAMES L. ROBART
                                    United States District Judge

ORDER - 3