The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CRYE PRECISION LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ARMYCAMO USA, INC., a California corporation; L&Q ARMY, INC., a California corporation; L&Q TACTICAL USA, INC., a Texas corporation; PALADINS PRODUCTS, INC., a California corporation; PANTHERA PRODUCTS, INC., a California corporation; X&X OUTDOOR PRODUCT, LLC, a Texas limited liability company; QINGYUN QIU, an individual; PENGGUI HUANG, an individual; MICHAEL ZHANG, an individual; QILING QIN, an individual; XIXI ZENG, an individual; CHENWUQIANG CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00394-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND SETTLEMENT DEADLINE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 9, 2026 |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Crye Precision LLC (collectively, "Plaintiffs"), and Defendants Armycamo USA, Inc., L&Q Army, Inc., L&Q Tactical USA, Inc., Paladins Products, Inc., Panthera Products, Inc., X&X Outdoor Product, LLC, Qingyun Qiu, and Penggui Huang, (collectively, "ArmyCamo Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1. The Court has stayed all deadlines in this matter and set the deadline for the parties to file their settlement and dismissal papers to August 10, 2026. Dkt. 57.

2. Plaintiffs and the ArmyCamo Defendants have been working diligently to finalize settlement documents. Plaintiffs and the ArmyCamo Defendants previously requested a 30-day extension of this deadline (Dkt. 58), which the Court granted (Dkt. 59), extending the deadline to September 9, 2026. Plaintiffs and the ArmyCamo Defendants then requested a second 30-day extension of this deadline (Dkt. 60), which the Court granted (Dkt. 61), extending the deadline to October 9, 2026.

3. However, Plaintiffs and the ArmyCamo Defendants agree that they will need an additional 30 days to finalize and file their settlement and dismissal papers.

4. Defendant Michael Zhang, *pro se*, has consented to the undersigned's request to ask the Court to extend the deadline by another 30 days to allow additional time for the parties to finalize the proposed settlement.

5. Therefore, the parties jointly request that the Court extend the deadline to complete and file their settlement and dismissal papers to November 9, 2026.

IT IS SO STIPULATED this 9th day of October, 2026.

DICKERSON LAW FIRM PLLC

By: */s/ Nick Dickerson*
NICK DICKERSON (admitted *pro hac vice*)
712 Main St., Suite 1705
Houston, TX 77002
Phone: 713-997-3767
Email: nick@ndickersonlaw.com

*Attorneys for Defendants Armycamo USA, Inc., L&Q Army, Inc., L&Q Tactical USA, Inc., Paladins Products, Inc., Panthera Products, Inc., X&X Outdoor Product, LLC, Qingyun Qiu, and Penggui Huang*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Scott R. Commerson*
SCOTT R. COMMERSON (WSBA #58085)
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Phone: 213-633-6800
Email: scottcommerson@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Crye Precision LLC*

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATED THIS 9th day of October, 2026.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax