The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CRYE PRECISION LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ARMYCAMO USA, INC., a California corporation; L&Q ARMY, INC., a California corporation; L&Q TACTICAL USA, INC., a Texas corporation; PALADINS PRODUCTS, INC., a California corporation; PANTHERA PRODUCTS, INC., a California corporation; X&X OUTDOOR PRODUCT, LLC, a Texas limited liability company; QINGYUN QIU, an individual; PENGGUI HUANG, an individual; MICHAEL ZHANG, an individual; QILING QIN, an individual; XIXI ZENG, an individual; CHENWUQIANG CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00394-JLR<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT MICHAEL ZHANG AND [~~PROPOSED~~] ORDER**<br><br>WITHOUT ORAL ARGUMENT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 9, 2026 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Crye Precision LLC, and Defendant Michael Zhang, that in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Defendant Michael Zhang only should be dismissed from this action, without prejudice, and without costs, attorneys' fees, or expenses to any party.

*I certify that this stipulation contains 58 words, in compliance with the Local Civil Rules.*

STIPULATED TO AND AGREED this _______day of November, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

/s/________________________
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

MICHAEL ZHANG
*Pro Se*

________________________
694 Festival Street
Chino, CA 91708
Email: happybless@hotmail.com

**[~~PROPOSED~~] ORDER**

THIS MATTER comes before the Court on a stipulation between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Crye Precision LLC (collectively, "Plaintiffs") and Defendant Michael Zhang to dismiss without prejudice Plaintiffs' claims against Defendant Michael Zhang. Having reviewed the stipulation as well as the pleadings on file in the above-captioned matter, the Court **ORDERS** as follows:

1. The claims against Defendant Michael Zhang are dismissed without prejudice.

2. The case shall proceed with respect to Plaintiffs' claims against the remaining Defendants.

SO ORDERED this 10th day of November, 2026.

The Honorable James L. Robart



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax